Shirley BROWN and Fred BROWN *v.* Joann S. NOBLES, et al.

86-40                                            711 S.W.2d 786

Supreme. Court of Arkansas
Opinion delivered June 23, 1986

Appellants, *pro se.*

*Wright, Lindsey & Jennings,* and *Laser, Sharp & Mayes,* by: *Sam Laser,* for appellees.

DARRELL HICKMAN, Justice. ■ This appeal must be affirmed because the appellants have failed to abstract any testimony or evidence from the record. Rule 9, Rules of the Arkansas Supreme Court and Court of Appeals.

Affirmed.